# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. LUSTER, | : | |
| Petitioner, | : | |
| v. | : | No. 4:18-CV-1059 |
| ACTING WARDEN WHITE, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 14th day of June 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Luster's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge